**Order entered January 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00981-CV

### IN THE INTEREST OF D.B.S., A CHILD

### On Appeal from the 469th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 469-52326-2020

### ORDER

The Court has been informed twice now that the clerk's record has not been filed because appellant has not paid the fee.  Accordingly, we **ORDER** appellant to file, no later than January 19, 2021, written verification she has paid the fee or is entitled to proceed without payment of costs under Texas Rule of Civil Procedure 145.  *We caution appellant that failure to comply may result in dismissal of the appeal without further notice.*  *See* TEX. R. APP. P. 37.3(b).

/s/     KEN MOLBERG
        JUSTICE